## Henry E. Ayers, Administrator with Will Annexed of Estate of John T. Ayers, Deceased, Appellant, v. William R. Bach et al., Appellees.

Gen. No. 9,529.

opinion filed May 22, 1947; released for publication June 17, 1947. James B. Mc-Keon, for appellant; William R. Bach and William J. Bach, *pro se.* Opinion by PRESIDING JUSTICE DADY. Not to be published in full.